# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

STATE OF TEXAS,

*Plaintiff,*

v.

GOOGLE LLC,

*Defendant.*

Civil Action No. _____

**INDEX OF DOCUMENTS ATTACHED TO DEFENDANT'S NOTICE OF REMOVAL**

| Date Filed | Description | App. |
|---|---|---|
|  | List of Counsel of Record | 0001 |
|  | State Court Docket Sheet | 0002 |
| 1/19/22 | Plaintiff's Original Petition | 0003 - 0016 |
| 1/20/22 | Request for Service | 0017 |
| 1/25/22 | Citation to Google LLC | 0018 - 0019 |
| 1/25/22 | Signed Order | 0020 - 0021 |
| 2/01/22 | Return of Service | 0022 - 0025 |
| 2/22/22 | Defendant's Answer | 0026 - 0028 |
| 2/23/22 | Docket Control Order | 0029 - 0032 |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

STATE OF TEXAS,

*Plaintiff,*

v.                                              Civil Action No. _____

GOOGLE LLC,

*Defendant.*

## LIST OF COUNSEL OF RECORD

Ken Paxton
Brent Webster
Grant Dorfman
Shawn E. Cowles
Steve Robinson
Taylor M. Hubbard
**OFFICE OF THE ATTORNEY
GENERAL OF TEXAS**
**Consumer Protection Division**
P.O. Box 12548, MC 010
Austin, Texas 78711-2548
Telephone: (512) 936-1308
Facsimile: (512) 473-8301
taylor.hubbard@oag.texas.gov

Rick Berlin
**OFFICE OF THE ATTORNEY
GENERAL OF TEXAS**
**Consumer Protection Division**
808 Travis Street, Suite 1520
Houston, Texas 77002
Telephone: (713) 223-5886
Facsimile: (713) 223-5821
rick.berlin@oag.texas.gov

*Attorneys for Plaintiff*

R. Paul Yetter
Bryce L. Callahan
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Tel.: (713) 632-8000
Facsimile: (713) 632-8002
pyetter@yettercoleman.com
bcallahan@yettercoleman.com

*Attorneys for Defendant Google LLC*

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                     Location : All Courts    Help

# REGISTER OF ACTIONS
## CASE NO. 22-01-00731

| | | | |
|---|---|---|---|
| State of Texas vs. GOOGLE LLC | § | Case Type: | **Other Civil - Over $250,000** |
| | § | Date Filed: | **01/19/2022** |
| | § | Location: | **457th Judicial District Court** |
| | § | | |
| | § | | |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| | | **Attorneys** |
| **Defendant** | **Google LLC** | **Bryce L Callahan** |
| | Registered Agent Corporation Service Company | *Retained* |
| | d/b/a CSC-Lawyers Incorporating Service Company | 713-632-8000(W) |
| | 211 E 7th St Ste 620 | |
| | Austin, TX 78701-3218 | **R. PAUL YETTER** |
| | | *Retained* |
| | | 713-632-8000(W) |
| | | |
| **Plaintiff** | **State of Texas** | **Taylor M. Hubbard** |
| | Consumer Protection Division | *Retained* |
| | PO Box 12548, MC 010 | 512-936-1308(W) |
| | Austin, TX 78711-2548 | |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/19/2022 | **Original Petition (OCA)** |
| 01/19/2022 | **E-Filed Original Petition Document** |
| 01/19/2022 | **Jury Trial Requested** |
| 01/20/2022 | **Request For Service** |
| 01/25/2022 | **Citation** |

| | | |
|---|---|---|
| | Google LLC | Served | 01/26/2022 |
| | | Returned | 02/01/2022 |

| | |
|---|---|
| 01/25/2022 | **Signed Order** |
| 02/01/2022 | **Return of Service** |
| 02/18/2022 | *CANCELED*   **Temporary Injunction**  (9:45 AM) (Judicial Officer Santini, Vincenzo J) |
| | *Passed* |
| 02/22/2022 | **Answer** |
| 10/03/2022 | **Jury Trial**  (9:00 AM) (Judicial Officer Santini, Vincenzo J) |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Plaintiff** State of Texas | | | |
| Total Financial Assessment | | | 358.00 |
| Total Payments and Credits | | | 358.00 |
| **Balance Due as of 02/24/2022** | | | **0.00** |
| | | | |
| 01/19/2022 | Transaction Assessment | | 350.00 |
| 01/19/2022 | E-File Electronic Payment   Receipt # 2022-319873 | State of Texas | (213.00) |
| 01/19/2022 | State Credit | | (137.00) |
| 01/20/2022 | Transaction Assessment | | 8.00 |
| 01/20/2022 | E-File Electronic Payment   Receipt # 2022-320074 | State of Texas | (8.00) |

**APP0002**

Received and E-Filed for Record
1/19/2022 9:59 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Camille Bradstreet

22-01-00731

NO. _____

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | Montgomery County - 457th Judicial District Court |
| | § | |
| **v.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **GOOGLE LLC** | § | |
| **Defendant.** | § | **MONTGOMERY COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff, the STATE OF TEXAS ("State"), acting by and through the Attorney General KEN PAXTON and on behalf of the public interest, files this petition complaining of Defendant, GOOGLE LLC ("Google"). In this action, the State alleges that Google engaged in false, misleading, and deceptive acts and practices in violation of § 17.46 of the Texas Deceptive Trade Practices—Consumer Protection Act ("DTPA"), Tex. Bus. & Com. Code §§ 17.41–17.63. In support hereof, the State will respectfully show the Court the following:

### NATURE OF THE CASE

Google hired media companies, including iHeartMedia, to record and broadcast advertisements in the Dallas-Fort Worth ("DFW") and Houston, Texas markets, promoting the Pixel 4, a smartphone sold by Google. Google provided a script for the Pixel 4 advertisements and demanded that the radio personalities recording the advertisements give a first-hand endorsement of the product. Google knew that the Pixel 4 was not yet on the market and so the radio personalities could not provide an honest endorsement. iHeartMedia recognized Google's script as misleading, conveyed its concern over the deceptive nature of the advertisements to Google, and sought to have Google provide Pixel 4 phones to the radio personalities recording the advertisements. Google, however, refused to cooperate with the ameliorative efforts suggested by

CERTIFIED TO BE A TRUE AND CORRECT COPY
Montgomery County District Clerk
PAGE 1 of 13
February 24, 2022

iHeartMedia to prevent the advertisements from being deceptive.  Instead, Google demanded the recording and broadcast of the advertisements using Google's scripted and deceptive wording.

## DISCOVERY CONTROL PLAN

1.      Plaintiff intends to conduct discovery under Level 3 pursuant to Texas Rule of Civil Procedure 190.4. This case is not subject to the restrictions of expedited discovery under Texas Rule of Civil Procedure 169 because the potential relief sought by the State in this action includes a claim for nonmonetary injunctive relief and claims for monetary relief including penalties, consumer redress, and attorneys' fees in excess of $1,000,000.

## DEFENDANT

2.      Defendant, Google LLC is a Delaware limited liability company with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.  Google may be served through its registered agent at the following address:  Corporation Service Company, d/b/a CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

## JURISDICTION AND VENUE

3.      This enforcement action is brought by Attorney General Ken Paxton, through his Consumer Protection Division, in the name of the STATE OF TEXAS and in the public interest pursuant to the authority granted by § 17.47 of the DTPA upon the grounds that the Defendant has engaged in false, deceptive, and misleading acts practices in the course of trade and commerce as defined in, and declared unlawful by, § 17.46(a) and (b) of the DTPA.

4.      In enforcement suits filed pursuant to § 17.47 of the DTPA, the Attorney General is authorized to seek, *inter alia,* civil penalties and redress for consumers and injunctive relief.

*State of Texas v. Google LLC*                                                    Page 2 of 13
Plaintiff's Original Petition

**APP0004**

5.     Venue of this suit lies in Montgomery County, Texas under § 17.47(b) of the DTPA, because transactions made part of this suit occurred in Montgomery County, Texas, and Google and has engaged in trade and commerce in Montgomery County, Texas.

## PUBLIC INTEREST

6.     Plaintiff has reason to believe that Defendant has engaged in and will continue to engage in the unlawful practices set forth in this petition.

7.     Therefore, the Consumer Protection Division of the Office of the Attorney General of Texas believes and is of the opinion that these proceedings are in the public interest.

## TRADE AND COMMERCE

8.     At all times described below, Defendant and its agents has engaged in conduct which constitutes "trade" and "commerce" defined in § 17.45(6) of the DTPA as follows:

> "Trade" and "commerce" mean the advertising, offering for sale, sale, lease, or distribution of any good or service, of any property, tangible or intangible, real, personal, or mixed, and any other article, commodity, or thing of value, wherever situated, and shall include any trade or commerce directly or indirectly affecting the people of this state."

## ACTS OF AGENTS

9.     Whenever in this Petition it is alleged that Defendant did any act, it is meant that the named Defendant performed or participated in the act, or the named Defendant's officers, agents, partners, trustees, or employees performed or participated in the act on behalf of and under the authority of the Defendant.

CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE 3 of 13
February 24, 2022
month   day   year   initials

## SPECIFIC FACTUAL ALLEGATIONS

**Google hired iHeartMedia to record and broadcast deceptive advertisements promoting the Pixel 4 smartphone.**

10.     Google is a global technology company which, in addition to offering a myriad of internet-based services, also sells products, including smartphones, smart-TV devices, speakers and Wi-Fi routers.  In late-October 2019 Google began marketing and selling a smartphone known as the Pixel 4, the latest incarnation in Google's line of Pixel smartphones.  According to Google, Pixel 4 featured a technology called "Night Sight Mode" which resulted in improved color and lighting for photographs taken in low-light conditions and an enhanced "Google Assistant."

11.     iHeartMedia is the single largest owner of radio stations in the United States, with over eight hundred and fifty (850) full-power AM and FM radio stations throughout the country, and seventy-two (72) stations in Texas, alone.  iHeartMedia's radio network is known as "iHeartRadio."  iHeartMedia employs on-air radio personalities ("iHeartRadio Personalities") who often record advertisements for broadcasting in their respective local markets.

12.     Through Google's media buying agent, Google hired iHeartMedia in October 2019 to have its iHeartRadio Personalities, including iHeartRadio Personalities in the DFW and Houston markets, record advertisements for the Pixel 4 and then to broadcast the advertisements on its iHeartMedia radio stations in those markets.

**Google scripted and then maintained creative control over the Pixel 4 advertisements recorded by and then aired on iHeartMedia.**

13.     As is customary in the advertising industry, Google retained creative control of the "ad-reads" and the ability to reject a recording and demand a re-recording if the iHeart Radio Personality did not record a specific advertisement to Google's exacting standards.

*State of Texas v. Google LLC*                                                                 Page 4 of 13
Plaintiff's Original Petition

CERTIFIED TO BE A TRUE AND CORRECT COPY Montgomery County District Clerk PAGE 4 of __ February 13 2022 __ month day year Initials

14.     Google controlled nearly every aspect of the tone, style and content of the ad-read including the speed of the speaker's voice, whether a "musical bed" should be played in the background, and the wording used.

15.     Google provided a script for the iHeartRadio Personalities to read during the recording of the advertisements.  The script reflected a first-person account of using the Pixel 4. Based verbatim or nearly identically on Google's script, iHeartRadio Personalities touted the Pixel 4's advanced features in various social settings and how the Pixel 4 had personally and meaningfully impacted the iHeartRadio Personality.

16.     Google's typical script read as follows:

The only thing I love more than taking the perfect photo?  Taking the perfect photo at night.

With Google Pixel 4 both are a cinch.

It's my favorite phone camera out there, especially in low light, thanks to Night Sight Mode.

I've been taking studio-like photos of everything...my son's football game... a meteor shower... a rare spotted owl that landed in my backyard.  Pics or it didn't happen, am I right?

Pixel 4 is more than just great pics.  It's also great at helping me get stuff done, thanks to the new voice activated Google Assistant that can handle multiple tasks at once.

I can read up on the latest health fads, ask for directions to the nearest goat yoga class (yes, that's a thing), and text the location to mom hands-free …

17.     Any deviation from Google's scripted material had to be approved by Google or its agent.  On October 22, 2019, an iHeartMedia employee sent an email to Google's media buying agent requesting permission to have iHeartRadio Personalities "customize certain parts of the

CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE 5 of 13
February 24, 2022
month   day   year   initials

script pending what's relevant to their personal lives (i.e. if they have kids, involved in certain activities/hobbies, etc.)." This slight alteration was approved by Google's media buying agent.[1]

18.     This customization allowed by Google was conveyed by iHeartMedia to its iHeartRadio Personalities in Houston with the caveat that Google is "very strict on saying the script exact."[2]

**iHeartMedia requested sample Pixel 4s for the iHeartRadio Personalities to use in order to authenticate Google's requested endorsements; Google refused.**

19.     In the days leading up to the release of the Pixel 4 and the corresponding ad-campaign, iHeartMedia, expressed to Google the violative nature of the advertisements as Google required them to be recorded and conveyed the pushback iHeartMedia was receiving from some markets regarding the personal endorsement of a product that had never been seen, touched, or used by the endorser.  In an effort to ameliorate this issue, iHeartMedia requested that Google provide sample Pixel 4s for its iHeartRadio Personalities to use. On October 22, 2019, an iHeartMedia employee wrote to Google's media buying agent:

> I know this has been something that we have brought up numerous times, but it's something that we really need to get to our voicing talent, especially if we want them to use their own first person tense when voicing … We … cannot require talent to use "I" in voiced spots when they have not physically used the product (this could become an issue with FCC regulations). …. For this reason, we may receive spots from stations that adjust the tense slightly to remove the personalization of "I." … We understand that timeliness would likely not happen prior to launch as that's only a few days away, but are we able to secure Pixel 4 devices for our voicing talent?[3]

20.     Google was aware of the need to provide sample product to endorsers in order to allow the iHeartRadio personalities to honestly endorse the phones. Nevertheless, Google ignored

---

[1] Email from PHD Media to iHeartMedia, Dated October 22, 2019.
[2] Email from iHeartMedia to iHeartRadio Personalities Dated October 22, 2019.
[3] Email from iHeartMedia to PHD Media, dated October 22, 2019.

*State of Texas v. Google LLC*                                                                    Page 6 of 13
Plaintiff's Original Petition

CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE 6 of 13
February 24, 2022 LC
month   day   year   initials

iHeartMedia's warning, opting instead to move forward with the ad-campaign to coincide with the launch of the Pixel 4. As explained by Google's agent:

> Just heard back from [Google] in regards to sending Pixels to your talent. Unfortunately, this is not feasible for [Google] at this time as the product is not on shelves yet.  It would take over a week to ship all of these phones out resulting in a loss of airtime.[4]

21.     Following Google's refusal, eight (8) iHeartRadio Personalities, each on different radio stations in the DFW and Houston markets, recorded advertisements for the Pixel 4.  The advertisements aired Two Thousand Four Hundred and Five (2,405) times between October 28, 2019, and December 2, 2019.

22.     The iHeartRadio Personalities used first-person language identical or substantially similar to that in the script described in Paragraph 16.

23.     Moreover, some of the iHeartRadio Personalities personalized the advertisements describing how they had used or currently use the Pixel 4.  For example, one iHeartRadio Personality in Dallas described how he uses the Pixel 4 to take photographs of his "little dog Baxter," his "nieces and nephews" and all his "friends acting crazy."   Another in Houston elaborated on how the Google Assistant helps him "ask for directions to the nearest club or concert venue and text the location to my third ex-wife."

24.     At the time the advertisements were recorded, the iHeartRadio Personalities did not own or regularly use Pixel 4 smartphones; had not taken photographs at night with the Pixel 4 and had not used the Pixel 4's features for the variety of personal, social, and familial events that the advertisements represented.  The Pixel 4 was not released until October 24, 2019.  iHeartMedia began recording the Pixel 4 advertisements the week of October 21, 2019.

---

[4] Email from PHD Media to iHeartMedia, dated October 23, 2019.

*State of Texas v. Google LLC*
Plaintiff's Original Petition

CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE ___ of ___
February 22, 2022 lcl
month    day    year    initials

**Google's pattern of requiring personal endorsements and refusing to provide sample product continues.**

25.     The iHeartMedia ad-campaign for the Pixel 4 in Texas markets ended in December 2019.  In late-January 2020, Google again hired iHeartMedia to record and air advertisements promoting the Pixel 4 in five (5) non-Texas markets across the United States.  iHeartMedia again reached out to Google and requested sample Pixel 4 smartphones.  Google again refused to provide sample Pixel 4s.  After Google's refusal, iHeartMedia then offered to buy Pixel 4s from Google.  Finally, Google relented, sending iHeartMedia five (5) used Pixel 4s.  This continued pattern of behavior demonstrates the blatant disregard Google possesses for true and accurate advertising in the marketing and sale of its products.

## VIOLATIONS OF THE DTPA

26.     Plaintiff incorporates and adopts by reference the allegations contained in each and every preceding paragraph of this petition.

27.     Defendant, as alleged above and detailed below, has in the course of trade and commerce engaged in false, misleading and deceptive acts and practices declared unlawful in § 17.46(a) and (b) of the DTPA, including but not limited to:

    a.  Causing confusion or misunderstanding as to the source, sponsorship, approval or certification of goods or services, in violation of DTPA § 17.46(b)(2); or

    b.  causing confusion or misunderstanding as to affiliation, connection, or association with, or certification by, another (§ 17.46(b)(3));

    c.  representing that goods or services have sponsorship, approval, characteristics, or benefits which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which the person does not (§ 17.46(b)(5));

CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE ___ of ___
February 24, 2022

    d. representing that the goods or services are of a particular standard, quality, or grade, if they are of another (§ 17.46(b)(7));

    e. Failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed, by failing to adequately disclose that the paid endorsers of the Pixel 4 did not own or possess the Pixel 4 and did not use it in the manner represented in advertisements in violation of DTPA § 17.46(b)(24).

28.    Defendant, in addition to and as alleged above, in the course and conduct of trade and commerce, has directly or indirectly engaged in false, misleading, and deceptive acts and practices declared to be unlawful by the DTPA by:

    a. Drafting, paying for, and/or causing to be broadcast advertisements that do not reflect the honest opinions, beliefs or experience of the endorser;[5]

    b. Drafting, paying for, and/or causing to be broadcast advertisements that convey express representations, made by an endorser, that would be deceptive if made directly by the Defendant;

    c. Drafting, paying for, and/or causing to be broadcast advertisements that distort the endorser's experience with a product;

---

[5] *See* DTPA § 17.46(c)(1) which states, "It is the intent of the legislature that in construing Subsection (a) of this section in suits brought under Section 17.47 of this subchapter the courts to the extent possible will be guided by Subsection (b) of this section and the interpretations given by the Federal Trade Commission and federal courts to Section 5(a)(1) of the Federal Trade Commission Act."

CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE 9 of 13
February 24, 2022
month   day   year   initials

d.  Drafting, paying for, and/or causing to be broadcast advertisements which use a celebrity when it does not have reason to believe that the celebrity endorser subscribes to the views presented;

e.  Drafting, paying for, and/or causing to be broadcast advertisements that represent that an endorser uses the endorsed product, when the endorser is not a bona fide user of the product.

## APPLICATION FOR TEMPORARY INJUNCTION AND PERMANENT INJUNCTION

29.     The State believes that Defendant is engaging in, has engaged in, or are about to engage in, acts and practices declared to be unlawful under the DTPA. For example, by continuing to create and broadcast advertisements which contain false endorsements and deceptive information, Defendant is manipulating the marketplace.  Customers, who might otherwise make a purchase from one of Google's competitors, are induced through false representations to purchase Google products, instead.

30.     Plaintiff believes these proceedings to be in the public interest. Therefore, pursuant to DTPA §17.47(a), Plaintiff requests relief by way of a Temporary Injunction and a Permanent Injunction as set forth in the Prayer.

## WRIT TO ISSUE WITHOUT BOND

31.     The State requests that the Clerk of the Court issue such Writs of Injunction pursuant to any Injunction issued by this Court in conformity with the law, and that same be issued and be effective without the execution and filing of a bond as Plaintiff, the State of Texas, is exempt from such bonds under § 17.47(b) of the Texas Business and Commerce Code.

*State of Texas v. Google LLC*
Plaintiff's Original Petition

Page 10 of 13

CERTIFIED TO BE A TRUE AND CORRECT COPY
Montgomery County District Clerk
PAGE ___ of ___

## TRIAL BY JURY

32.     The State herein requests a jury trial and tenders the jury fee to the Montgomery County District Clerk's office, pursuant to Rule 216 of the Texas Rules of Civil Procedure and under § 51.604 of the Texas Government Code.

## CONDITIONS PRECEDENT

33.     All conditions precedent to State's claims for relief have been performed or have occurred.

## PRAYER

34.     The State prays that Google be cited according to law to appear and answer herein and that after due notice and hearing a temporary injunction be issued, and that upon final hearing a permanent injunction be issued, restraining and enjoining Google, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with Google who receive actual notice of the injunction by personal service or otherwise from engaging in false, misleading, or deceptive acts and practices declared to be unlawful by the DTPA, including but not limited to:

      a.  Drafting, paying for, and/or causing to be broadcast advertisements that do not reflect the honest opinions, beliefs or experience of the endorser;

      b.  Drafting, paying for, and/or causing to be broadcast advertisements that convey express representations, made by an endorser, that would be deceptive if made directly by Google;

      c.  Drafting, paying for, and/or causing to be broadcast advertisements that distort the endorser's experience with a product;

*State of Texas v. Google LLC*
Plaintiff's Original Petition

Page 11 of 13

**APP0013**

CERTIFIED TO BE A TRUE AND CORRECT COPY Montgomery County District Clerk PAGE 11 of 13 February 24, 2022

d.  Drafting, paying for, and/or causing to be broadcast advertisements which use a celebrity when it does not have reason to believe that the celebrity endorser subscribes to the views presented;

e.  Making any misrepresentation, expressly or by implication, about the status of any endorser or person providing a review of a product or service;

f.  Drafting, paying for, or causing to be broadcast any advertisement that represents, expressly or by implication, that an endorser used or uses a product or service, when the endorser is not a bona fide user of the product or service;

g.  Causing confusion or misunderstanding as to the source, sponsorship, approval or certification of goods or services; or

h.  Failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed.

35.  Plaintiff further prays that this Court will:

a.  Order Defendant to pay civil penalties not to exceed $10,000 per violation of the DTPA to the State of Texas;

b.  Order Defendant to pay pre-judgment and post-judgment interest on all money awards as provided by law; and

c.  Grant a Judgment against the Defendant and order the Defendant to pay the State's attorneys' fees and costs of Court, as provided by the laws of the State of Texas, including but not limited to, Tex. Gov't Code § 402.006(c).

CERTIFIED TO BE A TRUE AND CORRECT COPY
Montgomery County District Clerk
PAGE 12 of 13
February 22, 2022

APP0014

36.     Plaintiff prays that the State receive such other and further relief to which it is justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

STEVEN ROBINSON
Division Chief, Consumer Protection Division

_/s/Taylor M. Hubbard_____
TAYLOR M. HUBBARD
Assistant Attorney General
State Bar No. 24124803
taylor.hubbard@oag.texas.gov
Office of the Attorney General of Texas
Consumer Protection Division
P. O. Box 12548, MC - 010
Austin, Texas 78711-2548
Telephone: 512-936-1308
Fax: 512-473-8301
RICK BERLIN
Assistant Attorney General
State Bar No. 24055161
rick.berlin@oag.texas.gov
Office of the Attorney General of Texas
Consumer Protection Division
808 Travis Street, Suite 1520
Houston, Texas 77002
Telephone: 713-223-5886
Fax: 713-223-5821

**ATTORNEYS FOR THE STATE OF TEXAS**

State of Texas, County of Montgomery, I, Melisa Miller, District
Clerk of Montgomery County, Texas Certify __13__ pages in
cause no. __22-01-00731__ as a true
and correct copy of the original record electronically or
physically filed in my office, as it appears on this date.
Witness my official hand and seal of office, this
the __24__ day of __February__, __2022__.
Signed __Valerie Williams__
Clerk or Deputy

Received and E-Filed for Record
1/20/2022 11:25 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Kori Rauen



# Request for Service
## Montgomery County District Clerk

CASE NUMBER: 22-01-00731 _____ CURRENT COURT: 457th Judicial District Court _____

Name(s) of Documents to be served: Plaintiff's Original Petition _____

_____

_____

FILE DATE of document(s) to be served: 1/19/22 _____ Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly as The Name Appears in The Pleading to Be Served):

Issue Service to: Google LLC

Address of Service: 211 E. 7th Street, Suite 620

City, State & Zip: Austin, TX 78701-3218

Agent (if applicable): Corporation Service Company, d/b/a CSC   Lawyers Incorporating Service Company

☐ Check here to have citation addressed to wherever the addressee may be found.

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the appropriate box)

| | | |
|---|---|---|
| ☑ Citation for Personal Service | ☐ Secretary of State Citation ($12.00) | ☐ Civil Injunction/TRO |
| ☐ Citation by Posting | ☐ Highway Commission ($12.00) | ☐ Precept |
| ☐ Citation by Publication | ☐ Commissioner of Insurance ($12.00) | ☐ Subpoena |
| ☐ Citation Scire Facias | ☐ Capias (not an E-Issuance) | ☐ Other (Please describe) |
| ☐ Writ of Garnishment | ☐ Temporary Restraining Order (Family) | |
| ☐ Writ of Sequestration | ☐ Temporary Ex Parte Protective Order | _____ |
| ☐ Writ of Attachment | ☐ Notice of Appl. For Protective Order | _____ |
| ☐ Writ of Habeas Corpus | ☐ Notice of Hearing/Show Cause | (See additional forms for |
| ☐ Notice of Foreign Judgment (UIFSA) | | Post Judgment Service) |
| ☐ Notice of Foreign Judgment (UCCJEA)   (by certified mail service) | | |
| ☐ Writ of Withholding   ($15.00 - certified mail by District Clerk only) | | |
| ☐ Notice of Termination of Child Support ($15.00 - certified mail by District Clerk only) | | |

SERVICE BY: (Check the appropriate box.)

☑ E-Issuance by District Clerk (No Service Copy Fees Charged) (Note:) CAPIAS is not an E-Issuance Option

*Citations returned electronically will be e-served through E-file Texas to requesting attorney/pro se.

☐ ATTORNEY PICK-UP (phone or email contact): _____

☐ MAIL to attorney at Attorney of Record's address on file in case record.

☐ CERTIFIED MAIL by District Clerk

☐ Regular Mail (only available for Expedited Foreclosures and UIFSA Foreign Judgments

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____

☐ OTHER, explain: _____

Issuance of Service requested by:

Attorney/Party Name: Taylor Hubbard _____ Bar# or ID: 24124803 _____

Mailing Address: P. O. Box 12548, MC - 010, Austin, Texas 78711-2548

Phone Number: 512-936-1308 _____

State of Texas, County of Montgomery, I, Melisa Miller, District Clerk of Montgomery County, Texas Certify _____1_____ pages in cause no. 22-01-00731 _____ as a true and correct copy of the original record electronically or physically filed in my office, as it appears on this date. Witness my official hand and seal of office, this the 24 day of February, 2022. Signed Valerie U. Williams
Clerk or Deputy

# CITATION
## Cause Number: 22-01-00731

Clerk of the Court
Melisa Miller
P.O. Box 2985
Conroe, Texas 77305

Attorney Requesting Service
Taylor M. Hubbard
Office of the Attorney General of Texas
Consumer Protection Division
PO Box 12548 MC - 010
Austin TX  78711-2548

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

To:     Google LLC
        Registered Agent Corporation Service Company
        d/b/a CSC-Lawyers Incorporating Service Company
        211 E 7th St Ste 620
        Austin TX  78701-3218

The attached Plaintiff's Original Petition  was filed on the  19th day of January, 2022, in 457th Judicial District Court, located at the Montgomery County Courthouse in Conroe, Texas, numbered 22-01-00731, and includes the following parties: State of Texas, plaintiff(s), and Google LLC, defendant(s).

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 25th day of January, 2022.

Melisa Miller, District Clerk
Montgomery County, Texas

By: *Patricia Morrill*
Patricia Morrill, Deputy



CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE __1__ of __ Vl
February 24 2022
month     day   year   Initials

APP0018

# OFFICER'S RETURN

Cause No. 22-01-00731          Court No: 457th Judicial District Court

Style: State of Texas vs. GOOGLE LLC

To:        Google LLC
Address:   Registered Agent Corporation Service Company
           d/b/a CSC-Lawyers Incorporating Service Company
           211 E 7th St Ste 620
           Austin TX  78701-3218

Came to hand the ___ day of _____, 20__, at _____ o'clock, and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition at the following times and places, to wit:

Name                Date/Time          Place, Course and distance from Courthouse
_____     _____      _____

Manner of service: _____

*And not executed as to the defendants(s) _____
The        diligence        used        in        finding        said        defendant(s)        being:
_____
And        the        cause        of        failure        to        execute        this        process        is:
_____

And information received as to the whereabouts of said defendant(s) being:
_____

FEES:
Serving Petition and Copy        $_____

TOTAL                            $_____          _____OFFICER

                                                      _____County, Texas

                                  By: _____, Deputy

AFFIANT
Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must either be verified or be signed under penalty of perjury.

A return signed under penalty of perjury must contain the statement below in substantially the following form:

My full name is _____

My date of birth is ___/___/___, and my address is _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Executed in_____, County, State of _____, on the _____ day of _____, 20_____.

_____
Declarant/Authorized Process Server

_____
ID# & Exp. Of Certification

_____
Declarant/Authorized Process Server

_____
ID# & Exp. Of Certification

SWORN AND SUBSCRIBED ON

_____
DATE

_____
NOTARY

State of Texas, County of Montgomery, I, Melisa Miller, District Clerk of Montgomery County, Texas Certify _2_ pages in cause no. _22-01-00731_ as a true and correct copy of the original record electronically or physically filed in my office, as it appears on this date. Witness my official hand and seal of office, this the _24_ day of _February_, _2022_. Signed _Valerie G. Williams_

Clerk or Deputy

**APP0019**

**Isaacks, Nancy**

RECEIVED AND FILED
FOR RECORD
1/25/2022 3:07 PM
Melisa Miller, District Clerk
Montgomery County, Texas

| | |
|---|---|
| **From:** | Isaacks, Nancy |
| **Sent:** | Tuesday, January 25, 2022 3:06 PM |
| **To:** | taylor.hubbard@oag.texas.gov |
| **Cc:** | Miller, PJ; Hayden, Jennifer |
| **Subject:** | 22-01-00731 State of Texas vs. GOOGLE LLC |
| **Attachments:** | 457th Order Setting Temporary Injunction Hearing.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon,

Attached you will find a notice for a TI hearing set by the court on the above mentioned case.

Thank you and have a great day,

*Nancy Isaacks*

Court Coordinator I
457th District Court
Vincenzo J. Santini, Judge Presiding
301 N. Main, Suite 200
Conroe, Tx 77301
936-538-3697 office

State of Texas, County of Montgomery, I, Melisa Miller, District
Clerk of Montgomery County, Texas Certify _____1_____ pages in
cause no. __22-01-00731__ as a true
and correct copy of the original record electronically or
physically filed in my office, as it appears on this date.
Witness my official hand and seal of office, this
the __24__ day of __February__, __2022__.
Signed __Valerie y. Williams__
Clerk or Deputy

1

**APP0020**

RECEIVED AND FILED
FOR RECORD
1/25/2022 3:07 PM
Melisa Miller, District Clerk
Montgomery County, Texas

CAUSE NO. 22-01-00731

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| GOOGLE LLC | § | 457TH JUDICIAL DISTRICT |

## ORDER SETTING TEMPORARY INJUNCTION HEARING

It is ORDERED that Plaintiff's Request for a Temporary Injunction shall be heard before the Judge of the above-named Court on **February 18, 2022** at **9:45 AM** in the 457th Judicial District Court of Montgomery County, Texas, Conroe, Texas.

The Clerk of the Court is hereby directed to issue a notice to Defendant to appear at the temporary injunction hearing. The purpose of the hearing will be to determine whether the temporary injunction requested by Plaintiff in its Original Petition should be entered pending a trial on the merits.

**SO ORDERED on January 25, 2022.**

VINCENZO J. SANTINI
Judge Presiding

State of Texas, County of Montgomery, I, Melisa Miller, District
Clerk of Montgomery County, Texas Certify ____1____ pages in
cause no. _22-01-00731_ as a true
and correct copy of the original record electronically or
physically filed in my office, as it appears on this date.
Witness my official hand and seal of office, this
the _24_ day of _February_, _2022_.
Signed _Valerie Y. Williams_
Clerk or Deputy

APP0021

Received and E-Filed for Record
2/1/2022 2:45 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Kori Rauen



**\*6895769\***

## CASE NO.: 22-01-00731

| | |
|---|---|
| <u>State of Texas,</u> | **IN THE** |
| vs. | **MONTGOMERY COUNTY 457TH DISTRICT COURT** |
| <u>Google LLC,</u> | <u>MONTGOMERY</u> COUNTY, TX |

### *RETURN OF SERVICE*

I, **Peter Dowdle**, do state that the following is true and correct:

That I am over the age of eighteen, not a party to this suit, and have no interest in the outcome of the suit. I have met the criteria and I am authorized to serve process in the State of Texas.

On January 25, 2022 at 11:13 AM, I received a **Citation with Plaintiff's Original Petition** to be delivered to **Google LLC, Registered Aent Corporation Service Co dba CSC-Lawyers Incorporating Service Co** at 211 E. 7th St., Ste. 620, Austin, TX  78701.

That on January 26, 2022 at 11:32 AM, I delivered said documents to **Google LLC, Registered Aent Corporation Service Co dba CSC-Lawyers Incorporating Service Co** by delivery to **Evie Lichtenwalter , Person Authorized to Accept Service** at 211 E. 7th St., Ste. 620, Austin, TX  78701.
Description of Person Accepting Service:
Sex: Female Race: White Height: 5ft 9in Weight: 280 Hair: Brown

Military Status: NO
Marriage Status: N/A

My name is Peter Dowdle, my date of birth is 05/13/1977, and EZ Messenger's address is
9210 S. Western Avenue Suite A-3, Oklahoma City, OK73139, USA.
I declare under penalty of perjury that the foregoing is true and correct.
Executed in TRAVIS County, State of TX on January 27, 2022.

_____ Declarant
PSC: 9210; EXP: 09/30/2023

EZ MESSENGER
9210 S. Western Avenue Suite A-3
Oklahoma City, OK73139
214-748-4200
txupdates@ezmessenger.com

Client File #: CX2679698390
Texas Office of the Attorney General
Consumer Protection Division - San Antonio

CERTIFIED TO BE TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE __1__ of ____
February 24, 2022
month   day   year   initials

Total Service Costs: $ 0.00

**APP0022**

# CITATION
### Cause Number: 22-01-00731

Clerk of the Court
Melisa Miller
P.O. Box 2985
Conroe, Texas 77305

Attorney Requesting Service
Taylor M. Hubbard
Office of the Attorney General of Texas
Consumer Protection Division
PO Box 12548 MC - 010
Austin TX  78711-2548

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. <u>If you or your attorney
do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next
following the expiration of twenty days after you were served this citation and petition, a default judgment
may be taken against you.</u> In addition to filing a written answer with the clerk, you may be required to
make initial disclosures to the other parties of this suit. These disclosures generally must be made no later
than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

To:    Google LLC
       Registered Agent Corporation Service Company
       d/b/a CSC-Lawyers Incorporating Service Company
       211 E 7th St Ste 620
       Austin TX  78701-3218

The attached Plaintiff's Original Petition  was filed on the  19th day of January, 2022, in 457th Judicial
District Court, located at the Montgomery County Courthouse in Conroe, Texas, numbered 22-01-00731,
and includes the following parties: State of Texas, plaintiff(s), and Google LLC, defendant(s).

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 25th day of January,
2022.

Melisa Miller, District Clerk
Montgomery County, Texas

By: _Patricia Morrill_____
Patricia Morrill, Deputy

CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE _2_ of _4_
_February 24, 2022_ _W_
month   day   year   Initials

APP0023

# OFFICER'S RETURN

Cause No. 22-01-00731                         Court No: 457th Judicial District Court
Style: State of Texas vs. GOOGLE LLC
To:                Google LLC
Address:       Registered Agent Corporation Service Company
                    d/b/a CSC-Lawyers Incorporating Service Company
                    211 E 7th St Ste 620
                    Austin TX  78701-3218

Came to hand the ___day of _____, 20__, at _____ o'clock, and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the  Plaintiff's Original Petition  at the following times and places, to wit:

Name                        Date/Time          Place, Course and distance from Courthouse
_____     _____   _____

Manner of service: _____

*And not executed as to the defendants(s) _____
The         diligence         used         in         finding         said         defendant(s)         being:
_____
And         the         cause         of         failure         to         execute         this         process         is:
_____
And information received as to the whereabouts of said defendant(s) being:
_____

FEES:
Serving Petition and Copy          $_____

TOTAL                                        $_____               _____OFFICER
                                                                                  _____County, Texas
                                                                  By: _____, Deputy

AFFIANT
Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must either be verified or be signed under penalty of perjury.

A return signed under penalty of perjury must contain the statement below in substantially the following form:
My full name is _____
My date of birth is ____/___/____, and my address is _____.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Executed in_____, County, State of _____, on the _____day of _____, 20_____.

_____
Declarant/Authorized Process Server
_____
ID# & Exp. Of Certification

_____
Declarant/Authorized Process Server
_____
ID# & Exp. Of Certification

SWORN AND SUBSCRIBED ON

_____
DATE

_____
NOTARY

CERTIFIED TO BE A TRUE AND CORRECT COPY
Montgomery County District Clerk
PAGE 3 of 3
February 24, 2022
month   day   year   initials

APP0024

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 61353816
Status as of 2/2/2022 8:11 AM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Taylor Hubbard | | taylor.hubbard@oag.texas.gov | 2/1/2022 2:45:25 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| efiletx @ezmessenger.com | | efiletx@ezmessenger.com | 2/1/2022 2:45:25 PM | SENT |

State of Texas, County of Montgomery, I, Melisa Miller, District Clerk of Montgomery County, Texas Certify _4_ pages in cause no. _22-01-00731_ as a true and correct copy of the original record electronically or physically filed in my office, as it appears on this date. Witness my official hand and seal of office, this the _24_ day of _February_, _2022_. Signed _Valevie y. Williams_
Clerk or Deputy

Re-Filed for Record
2/22/2022 9:41 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Kori Rauen

No. 22-01-00731

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| v. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | 457TH JUDICIAL DISTRICT |

### DEFENDANT'S ORIGINAL ANSWER

Through its counsel, defendant Google LLC files this Original Answer to the petition of plaintiff State of Texas and, based upon actual knowledge as to itself and its own actions and upon information and belief as to all other persons and actions, responds as follows:

### GENERAL DENIAL

1.      Pursuant to Texas Rule of Civil Procedure 92, Google denies each allegation in the petition and requests that the Court require the State to prove its allegations by a preponderance of the credible evidence, as required by the Constitution and laws of this State.

2.      Google reserves its right to amend its Answer, as is its right under the Rules of Civil Procedure and laws of this State.

### OTHER DEFENSES

3.      These claims fail to state a claim upon which relief may be granted.

4.      Plaintiff lacks the requisite standing to bring the claims alleged in the Petition.

### PRAYER

Defendant Google LLC respectfully prays that the Court render judgment that plaintiff takes nothing in this suit and that Google be awarded all other relief to which it is justly entitled.

Defendant's Original Answer Page 1



CERTIFIED TO BE A TRUE
AND CORRECT COPY
Montgomery County District Clerk
PAGE 1 of 3
February 24 2022
month   day   year   initials

Dated: February 22, 2022

R. Paul Yetter
State Bar No. 22154200
Bryce L. Callahan
State Bar No. 24055248
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com
bcallahan@yettercoleman.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

CERTIFICATE OF SERVICE

I certify that on this 22nd day of February 2022, the foregoing was served by e-mail and/or by electronic filing service on counsel of record.

/s/ Bryce L. Callahan
Bryce L. Callahan

Defendant's Original Answer Page 2

CERTIFIED TO BE A TRUE AND CORRECT COPY
Montgomery County District Clerk
PAGE 2 of 3
February 24, 2022
month   day   year   initials

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Courtney Smith on behalf of R. Yetter
Bar No. 22154200
csmith@yettercoleman.com
Envelope ID: 61950483
Status as of 2/22/2022 2:26 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Taylor Hubbard | | taylor.hubbard@oag.texas.gov | 2/22/2022 9:41:03 AM | SENT |

Associated Case Party: Google LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bryce Callahan | | bcallahan@yettercoleman.com | 2/22/2022 9:41:03 AM | SENT |
| R. PaulYetter | | pyetter@yettercoleman.com | 2/22/2022 9:41:03 AM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 2/22/2022 9:41:03 AM | SENT |
| Heaven Chee | | hchee@yettercoleman.com | 2/22/2022 9:41:03 AM | SENT |
| Ali Shan Ali Bhai | | asalibhai@yettercoleman.com | 2/22/2022 9:41:03 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| efiletx @ezmessenger.com | | efiletx@ezmessenger.com | 2/22/2022 9:41:03 AM | SENT |

State of Texas, County of Montgomery, I, Melisa Miller, District Clerk of Montgomery County, Texas Certify ___3___ pages in cause no. ZZ-01-00731 ___ as a true and correct copy of the original record electronically or physically filed in my office, as it appears on this date. Witness my official hand and seal of office, this the 24 day of February, 2022. Signed Valerie Y. Williams
Clerk or Deputy

**APP0028**

**Isaacks, Nancy**

| | |
|---|---|
| **From:** | Isaacks, Nancy |
| **Sent:** | Wednesday, February 23, 2022 1:09 PM |
| **To:** | taylor.hubbard@oag.texas.gov; bcallahan@yettercoleman.com |
| **Cc:** | Mitzie.Garner@oag.texas.gov |
| **Subject:** | 22-01-00731 State of Texas vs. GOOGLE LLC |
| **Attachments:** | 457th - Docket Control Order.pdf |

| | |
|---|---|
| **Importance:** | High |

Attached please find the Court's Docket Control Order issued in the referenced case.  This Order is being sent to you using the service email address on file with the Montgomery County District Clerks office.

Thank you,

*Nancy Isaacks*

Court Coordinator I
457th District Court
Vincenzo J. Santini, Judge Presiding
301 N. Main, Suite 200
Conroe, Tx 77301
936-538-3697 office

State of Texas, County of Montgomery, I, Melisa Miller, District Clerk of montgomery County, Texas Certify ____ pages in cause no. 22-01-00731 _____ as a true and correct copy of the original record electronically or physically filed in my office, as it appears on this date. Witness my official hand and seal of office, this the 24 day of February , 2022 . Signed Valerie y. Williams

Clerk or Deputy

1

**APP0029**

CAUSE NO. 22-01-00731

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| **vs.** | § | **MONTGOMERY COUNTY, TEXAS** |
| **GOOGLE LLC** | § | **457TH JUDICIAL DISTRICT** |

## DOCKET CONTROL ORDER

IT IS ORDERED that this **Docket Control Order** shall control the disposition of this matter; the Texas Rules of Civil Procedure shall control in computing any period of time not addressed within this Order; and any date that falls on a weekend or legal holiday (as determined by the Montgomery County Commissioners Court) shall be moved to the first business day thereafter.

IT IS ORDERED THAT THE PLAINTIFF MUST IMMEDIATELY SEND A COPY OF THIS DOCKET CONTROL ORDER, BY A METHOD PRESCRIBED BY RULE 21a, TO EACH AND EVERY PARTY ANSWERING OR OTHERWISE APPEARING IN THIS CASE AFTER THE DATE THIS ORDER IS SIGNED.

1. **PLEADING DEADLINE:**                                                **150 DAYS BEFORE TRIAL**
   All amendments and supplements to pleadings must be filed by this date.

2. **EXPERT WITNESS DESIGNATION:**
   A list shall be filed which includes each expert's name, address, telephone number, the subject of the testimony, and the opinions that will be proffered by each expert. **Experts not listed in compliance with this paragraph will not be permitted to testify absent a showing of an exception under Rule 193.6.** A Rule 194 disclosure is not a substitute for this filed designation.
   (a) **Parties seeking affirmative relief**          **150 DAYS BEFORE TRIAL**
   (b) **All other parties**                           **120 DAYS BEFORE TRIAL**

3. **DISCOVERY RESPONSES:**                                            **90 DAYS BEFORE TRIAL**
   By no later than this date, all written discovery responses must be due, all responses and supplements must be completed, and all depositions must be completed, read, and signed.

4. **EXPERT CHALLENGE HEARINGS:**                                      **75 DAYS BEFORE TRIAL**
   All challenges to expert witnesses must be set for a hearing to occur by this date. Failure to obtain such a hearing is a waiver of any Rule 702 objection.

5. **SUMMARY JUDGMENTS:**                                              **30 DAYS BEFORE TRIAL**
   All such motions shall be set for a submission docket which is no later than this date.

6. **ALTERNATIVE DISPUTE RESOLUTION**                                  **30 DAYS BEFORE TRIAL**
   This case is referred for Alternative Dispute Resolution (ADR) under the Court's Standing Order on Alternative Dispute Resolution.
   https://www.mctx.org/departments/departments_d_-_f/district_courts/457thdistrict_court.php

   ADR shall be completed on or before this date. By Rule 11 agreement filed with the District Clerk, the parties may agree to an ADR date between this date and the trial date so long as ADR is completed before the trial date.

CERTIFIED TO BE A TRUE AND CORRECT COPY
Montgomery County District Clerk
PAGE 1 of 3
FebruAry 24, 2022 VW
month   day   year   Initials

**APP0030**

7.    **MOTIONS FOR CONTINUANCE:**                  **15 DAYS BEFORE TRIAL**
All motions for continuance of the Trial Date **must** be filed at least 15 days before the trial date, except in exigent circumstances, and will be considered by the Court without necessity of submission if they are agreed.

8.    **JOINT NOTICE FILING:**                          **14 DAYS BEFORE TRIAL**
All parties will file a SINGLE Joint Notice with the Court, answering:

        (1)    Are you ready for trial?
        (2)    What is the estimated length of time for trial?
        (3)    Do you need a Pre-Trial conference and, if so, why?
            –     The Court will take up pre-trial motions in the hour prior to trial.  You should request a Pre-Trial conference only if you need more time than that.
        (4)    Are there any pending motions?  If so, what are they and when were they filed?
        (5)    Have the parties mediated?  If so, when?  If the parties have not mediated, is there mediation scheduled prior to trial?
        (6)    Are there any special needs or accommodations for the presentation of the case, including any issues related to the availability of counsel and witnesses?

If there is a disagreement among the parties as to any of these six items, the Joint Notice will state the positions of each of the parties.

**ANY PARTY WHO FAILS TO PARTICIPATE IN THE DRAFTING PROCESS WILL BE SUBJECT TO SANCTIONS, INCLUDING DISMISSAL FOR WANT OF PROSECUTION AND A FINDING OF ABANDONMENT OF CLAIMS OR DEFENSES PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE 165 AND 165a.**
–     If any party does not participate with the Joint Notice, the party or parties filing the Joint Notice shall identify who did not participate.

**IF A JOINT NOTICE IS NOT TIMELY FILED, THE COURT WILL PRESUME THAT THE PARTIES HAVE NO FURTHER INTEREST IN PURSUING OR DEFENDING THIS MATTER AND THE COURT WILL DISPOSE OF THIS SUIT BY DISMISSAL FOR WANT OF PROSECUTION AND A FINDING OF ABANDONMENT OF CLAIMS OR DEFENSES PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE 165 AND 165a.**

9.    **PRE-TRIAL MATERIALS:**                      **14 DAYS BEFORE TRIAL**
By no later than this date, all parties shall exchange with each other and file the following:

a.    **EXHIBIT LIST**. All exhibits to be offered at trial shall be pre-marked and identified by exhibit number on the list, with exhibits served on other parties, but not filed.  Any party requiring authentication of an exhibit must file and serve notice of same within 7 days after the exhibit is provided; FAILURE TO DO SO IS AN ADMISSION TO AN EXHIBIT'S AUTHENTICITY.  All exhibits which the parties agree to admit shall be admitted into evidence as a first order of business on the trial date. *All Exhibits shall be digital and provided to the Court Reporter. Each exhibit shall not exceed 100MB. Digital Evidence shall be labeled with Exhibit Number or Letter without Description.*

b.    **WITNESS LIST.**  All witnesses who are anticipated to be called to testify at trial, including all experts shall be on the Witness List.

c.    **DEPOSITION EXCERPTS.**  All deposition excerpts that may be offered at trial *in lieu* of live testimony shall be identified by specific designated pages and line numbers.

d.    **MOTIONS *IN LIMINE*.**  Motions *In Limine* should be specific to the case.  Please do not duplicate the items which already appear in the Court's Standing Order *In Limine*.

CERTIFIED **TO BE A TRUE**
AND CORRECT COPY
Montgomery County District Clerk
PAGE __2__ of __3__
__February__  __24__, __2022__  __W__
month     day     year    Initials

**APP0031**

    e.     **JURY CHARGE.** If the trial is to a jury, a proposed jury charge shall be both filed and provided <u>via email</u> to the Court Administrator and Court Coordinator.

    f.     **FINDING OF FACT/CONCLUSIONS OF LAW.** If the trial is to the bench, proposed findings of Fact and Conclusions of Law shall be both filed and provided <u>via email</u> to the Court Administrator and Court Coordinator.

10.   **PRE-TRIAL CONFERENCE**           **THURSDAY BEFORE TRIAL**
The Court will set pre-trial conferences based on the Court's own motion or on request of the parties. The Court will notice all Pre-Trial conferences. **Only those parties notified by the Court shall appear**.

11.   **TRIAL**                           **OCTOBER 03, 2022**
This case is set for TRIAL on a two-week rolling docket beginning at 9:00 a.m. on the above date. If the case is not assigned by the second Friday following this date, then the case will be reset. **You are instructed to monitor the Court's website to determine at what date and time you should appear:**

       https://www.mctx.org/departments/departments_d_-_f/district_courts/457thdistrict_court.php

**UNLESS OTHERWISE ORDERED BY THE COURT, THE FOREGOING DATES AS CALCULATED FROM THE TRIAL DATE STATED HEREIN REMAIN THE APPLICABLE DEADLINES FOR THIS CASE EVEN IF THE TRIAL DATE IS RESET AND REGARDLESS OF THE REASON FOR ANY RESET.**

**Signed on this the 23rd day of February, 2022**

*Vincenzo J. Santini*
**VINCENZO J. SANTINI, JUDGE PRESIDING**
**457ᵗʰ JUDICIAL DISTRICT COURT**

Sent to:  taylor.hubbard@oag.texas.gov; bcallahan@yettercoleman.com;  Mitzie.Garner@oag.texas.gov

State of Texas, County of Montgomery, I, Melisa Miller, District Clerk of Montgomery County, Texas Certify ___3___ pages in cause no. 22-01-00731 _____ as a true and correct copy of the original record electronically or physically filed in my office, as it appears on this date. Witness my official hand and seal of office, this the 24 day of February, 2022. Signed Valerie Y. Williams
Clerk or Deputy

**APP0032**